# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TRACY MITCHELL, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent. ) | Civil Action No. 3:16cv837-KKD |

## ORDER

This action is before the Court on the Recommendation of the Magistrate Judge (Doc. 19). After due and proper consideration of the issues raised and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's motion for relief under 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **30th** day of **May 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**